IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR206-26 |
| | : | |
| KYLE McCORMICK, | : | |
| JAMES RAY SHEARIN | : | |
| WENDELL O'NEAL | : | |
| IKE GROOVER | : | |

## ORDER

The Court has been advised that all motions filed on behalf of Wendell O'Neal have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 16th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)