IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

WENDELL O'NEAL

CASE NO.: CR206-26

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Ronald E. Harrison, II for the periods of February 19-26, 2007; April 2-9, 2007; June 8, 2007; and, June 11-18, 2007, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 29th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)